**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1601

LI JUAN HUANG,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT, Attorney General,

Respondents.

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A73-032-530)

Submitted:  November 7, 2002       Decided:  November 22, 2002

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sunit K. Joshi, WILSON, JOSHI & KUZMIN, L.L.P., New York, New York,
for Petitioner.   Robert D. McCallum, Jr., Assistant Attorney
General, Linda S. Wendtland, Assistant Director, John C.
Cunningham, Senior Litigation Counsel, Office of Immigration
Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Li Juan Huang, a native and citizen of the Republic of China, appeals the Board of Immigration Appeals' ("Board") denial of her motion to reopen asylum proceedings.  Our review of the record discloses the Board did not abuse its discretion denying the motion to reopen. See INS v. Doherty, 502 U.S. 314, 323-24 (1992) (stating standard of review).  Accordingly, we affirm on the reasoning of the Board.  See In re: Li Juan Huang, No. A73-032-530 (BIA May 6, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED